IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROY BENNETT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-212-N |
| | § | |
| **JPMORGAN CHASE, et al.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has timely filed an amended complaint as allowed by the recommendation, *Defendants' Motion to Dismiss and Brief in Support or Alternatively Motion for More Definite Statement*, filed January 26, 2012 (doc. 5), is **DENIED as moot**. This action will now proceed on the amended complaint.

**SIGNED** this 12th day of July, 2012.

_____
**DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE**