IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROY BENNETT, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 3:12-CV-212-N |
| JPMORGAN CHASE, et al., | § |
| Defendants. | § |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, *Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support*, filed July 10, 2012 (doc. 17) is **GRANTED.** By separate judgment, Plaintiff's claims against Defendants for misrepresentation and fraud, negligence, and trespass to try title will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED** this 22nd day of February, 2013.

DAVID GODBEY
UNITED STATES DISTRICT JUDGE